**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7620**

JEREMY R. LOVE, a/k/a Jeremy R. Love El, MSTA Branch Temple 43,

Plaintiff - Appellant,

v.

KENNETH E. LASSITER; CHRIS RITCH; FNU BEAVER; FNU CARVER; FNU DYE; FNU CHESTER; FNU DULA; FNU TURNER; SWINDELL EDWARDS; BETTY BROWN; FNU RAMSEY,

Defendants - Appellees,

and

NC DEPARTMENT OF PUBLIC SAFETY,

Defendant.

Appeal from the United States District Court for the Western District of North Carolina, at Statesville. Martin K. Reidinger, Chief District Judge. (5:19-cv-00075-MR)

Submitted: April 27, 2021                    Decided: April 30, 2021

Before KEENAN, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jeremy R. Love, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeremy R. Love appeals the district court's order denying relief on his 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Love v. Lassiter*, No. 5:19-cv-00075-MR (W.D.N.C. Oct. 13, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*